Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEYED RIAZI,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and I.C. SYSTEM, INC.,<br><br>Defendant. | Case No. 2:18-cv-02276-KJD-CWH<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF SEYED RIAZI'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT (First Request)**<br><br>FAC filed: December 14, 2018 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Seyed Riazi ("Plaintiff"), by and through his counsel of record, hereby submit this stipulation to extend the time for Defendant to respond to Plaintiff's First Amended Complaint (ECF No. 3) pursuant to LR IA 6-1.

Plaintiff filed his First Amended Complaint on December 14, 2018. Upon information and belief, the deadline for Experian to respond to the Complaint is currently on or about January 16, 2019. Plaintiff and Experian stipulate and agree that Experian shall have until January 30, 2019 to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the First Amended Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow

Experian time to investigate Plaintiff's claims. Moreover, Experian's counsel was only recently retained on January 14, 2019.

**IT IS SO STIPULATED.**

DATED this 15th day of January 2019.         NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
    Jennifer L. Braster (NBN 9982)
    Andrew J. Sharples (NBN 12866
    jbraster@nblawnv.com
    asharples@nblawnv.com
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

DATED this 15th day of January 2019.         HAINES & KRIEGER

By: */s/ Matthew I. Knepper*
    David H. Krieger (NBN 9086)
    8985 S. Eastern Avenue, Suite 350
    Las Vegas, NV 89123

KNEPPER & CLARK LLC

Matthew I. Knepper (NBN 12796)
Miles N. Clark (NBN 13848)
Shaina R. Plaksin (NBN 13935)
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff Seyed Riazi*

**IT IS SO ORDERED.**

Dated this 17 day of January 2019.

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000